IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **05-cv-1522-AP**

**ETHEL J. BATTLE**,

        Plaintiff,

  v.

**JO ANNE B. BARNHART, Commissioner of Social Security**,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    DIANE K. CRAVEN, ESQ
    McDivitt Law Firm
    19 E. Cimarron St.
    Colorado Springs, CO 80903
    (719) 471-3700
    E-mail: dcraven@mcdivittlaw.com

    For Defendant:
    THOMAS H. KRAUS
    Special Assistant United States Attorney

    *Mailing Address:*
    1961 Stout Street, Suite 1001A
    Denver, Colorado 80294
    (303) 844-0017
    E-mail: tom.kraus@ssa.gov

    *Street Address:*
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    (303) 454-0100

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** 8/9/05

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 8/12/05

    C.    **Date Answer and Administrative Record Were Filed:** 10/27/05

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    A.    **Plaintiff states:** There are issues regarding the completeness of the Administrative Record. The ALJ did not fully explore Ms. Battle's subjective complaints. The ALJ failed to offer counsel an opportunity to cross-examine either Ms. Battle or the vocational expert before making a determination at the hearing.

    B.    **Defendant states:** There are no issues with the accuracy or completeness of the Administrative Record. Defendant believes the record is complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    A.    **Plaintiff states:** The ALJ made a determination at the hearing without first allowing counsel the opportunity to cross-examine the vocational expert or Ms. Battle. This constitutes a due process violation.

    B.    **Defendant states:** This case does not raise unusual claims or defenses.

**7. OTHER MATTERS**

None.

**8. PROPOSED BRIEFING SCHEDULE**

      **A.**    **Plaintiff's Opening Brief Due:** 1/6/06

      **B.**    **Defendant's Response Brief Due:** 2/6/06

      **C.**    **Plaintiff's Reply Brief (If Any) Due:** 3/20/06

**9. STATEMENTS REGARDING ORAL ARGUMENT**

      **A.**    **Plaintiff's Statement:**  Oral Argument not requested.

      **B.**    **Defendant's Statement:**  Oral Argument not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      **A.**    **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.**    **( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 14th day of November, 2005.

BY THE COURT:

S/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

s/Diane K. Craven
DIANE K CRAVEN, ESQ
McDivitt Law Firm
19 E. Cimarron St.
Colorado Springs, CO 80903
Telephone: 719-471-3700
E-mail: dcraven@mcdivittlaw.com

Attorney for Plaintiff

s/Thomas H. Kraus
By: THOMAS H. KRAUS
Special Assistant U.S. Attorney

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone:  (303) 844-0017
E-mail: tom.kraus@ssa.gov

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorney for Defendant(s)