IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01522-WDM

ETHEL J. BATTLE,

      Plaintiff,

v.

JO ANNE B. BARNHART,

      Defendant.

---

## NOTICE OF DISMISSAL

---

      The court takes judicial notice that the plaintiff has filed a Unopposed Motion to

Dismiss in accordance with Fed. R. Civ. P. 41(a)(1).  Accordingly, the complaint is

dismissed, each party to pay his or its own costs and attorneys' fees.

      DATED at Denver, Colorado, on April 6, 2006.

                            BY THE COURT:

                            s/ Walker D. Miller
                            United States District Judge

PDF FINAL